UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JOAN GOLD,

                          Plaintiff,

       -against-

WEIGHT WATCHERS INTERNATIONAL, INC.,
et. al,

                          Defendants.
----------------------------------------X

**STIPULATION OF DISCONTINUANCE**

06-cv-3311 (LDW)(WDW)

IT IS HEREBY STIPULATED by and between the attorneys for the parties in the above-referenced matter that the Amended Complaint is hereby withdrawn in its entirety and the action and all claims asserted against the Defendants are hereby discontinued with prejudice. All parties shall bear their own costs and fees.

Dated: Jericho, New York
       July 2, 2011

By: _____
Kimberly A. Lecci, Esq.
*Attorneys for the Plaintiff*
420 Jericho Turnpike
Suite 222
Jericho, New York 11753
(516) 236-6880; klecci@yahoo.com

Dated: Garden City, New York
       June 30th, 2011

By: _____
Jessica C. Satriano (JS0981)
Bond, Schoeneck & King, PLLC
*Attorneys for the Defendants*
1399 Franklin Avenue, Suite 200
Garden City, New York
(516) 267-6300; jsatriano@bsk.com

SO ORDERED:

_____
Hon. Leonard D. Wexler, U.S.D.J.

Dated: Central Islip, NY
7/11/11

80952.1 6/30/2011